**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| PATRICK HURD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-10-RWS-JBB |
| | § | |
| JEFF NEAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Plaintiff Patrick Hurd, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983 complaining of alleged deprivations of his constitutional rights. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On March 4, 2026, Plaintiff was ordered to pay, within thirty days of receipt of the order, an initial partial filing fee of $15.00 or show good cause why he could not do so, in accordance with 28 U.S.C. § 1915(b). Docket No. 9. Plaintiff was also ordered to amend his complaint within 30 days. Docket No. 8. Plaintiff received copies of the orders on March 9, 2026, but he failed to comply with their requirements. *See* Docket No. 10.

Therefore, on April 14, 2026, the magistrate judge issued a report and recommendation, recommending the above lawsuit be dismissed without prejudice for failure to obey an order of the Court. Docket No. 11. A copy of this report and recommendation was sent to Plaintiff at his last known address, but no objections have been received. The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420–21 and n.9 (5th Cir. 2019).

Because no objections have been filed, Plaintiff is barred from *de novo* review of the findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017). After review, the Court concludes that the report and recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), cert. denied, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation (Docket No. 11) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to obey an order of the Court.

**So ORDERED and SIGNED this 4th day of June, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE